IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: GLR-17-0507 |
| MAXIMO H. GONDRES-MEDRANO, | * | |
| Defendant. | * | |

...oOo...

## CONSENT MOTION TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America, by and through Stephen Schenning, Acting United States Attorney for the District of Maryland and Jeffrey M. Hann, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, and in support avers the following:

1. The defendant was charged in a one count indictment returned by the Grand Jury and made his initial appearance on October 6, 2017. The defendant is charged with Possession with Intent to Distribute One Hundred Grams or More of Heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).

2. A discovery agreement has been executed, and the Government has produced initial discovery pursuant to the agreement. The Government is preparing supplemental discovery and expects to deliver it to defense counsel within a few days.

3. An order of detention by agreement was issued by the Court following the defendant's initial appearance. An immigration detainer has also been issued for the defendant by the Department of Homeland Security.

4. The Court has set a motions deadline of November 27, 2017. The Court has further ordered a joint status report be submitted by the parties on or before December 4, 2017.

1

5. Plea discussions are ongoing, and will continue once the parties have had an opportunity to review the discovery.

6. The Speedy Trial Act requires that the defendant be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1). The Speedy Trial Act allows for exclusions of time from the calculation of time within which the trial must commence. 18 U.S.C. § 3161(h). Specifically, "[a]ny period of delay resulting from a continuance […] at the request of the attorney for the Government, if the judge granted such continuance on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in having a speedy trial" shall be excluded from computing the time within which the trial of any such offense must commence. § 3161(h)(7)(A). In making such a finding, the court shall consider "whether the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(b)(iv).

7. In this matter, the parties requests an exclusion of time from October 6, 2017, the date of the defendant's initial appearance, until December 4, 2017, the due date for the joint status report. The Government is in the process of providing continued discovery to defense counsel. Defense counsel needs a reasonable amount of time to review these materials for effective preparation. Plea discussions will continue once counsel has had an opportunity to review discovery. In light of these circumstances, the parties have consented to an exclusion of time beginning on the date of defendant's initial appearance in the United States District Court extending until December 4, 2017.

8. Thus, the exclusion of time grants the parties reasonable time for effective review

of discovery, preparation of pretrial motions, and for discussion of possible resolution of this matter. Therefore, the ends of justice served by the exclusion of time outweigh the best interests of the defendant or the public in having a speedy trial, especially in light of the defendants' consent to this motion.

**WHEREFORE**, the United States requests that the Court issue an order exclusion all time beginning on October 6, 2017 and ending on December 4, 2017 from the time-period within which trial must commence.

A proposed Order is attached for the Court's consideration.

                                            Respectfully Submitted,

                                            Stephen Schenning
                                            Acting United State's Attorney

                                        By:_____/s/_____
                                            Jeffrey M. Hann
                                            Special Assistant United States Attorney
                                            United States Attorney's Office
                                            36th South Charles Street, 4th Floor
                                            Baltimore, MD 21202
                                            (410) 209-4813 (telephone)
                                            (410) 962-0717 (facsimile)
                                            Jeffrey.Hann@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**        *

**v.**        *

        **Criminal No.: GLR-17-0507**

**MAXIMO H. GONDRES-MEDRANO,**        *

**Defendant.**        *

...oOo...

## ORDER

This Court having considered the parties' Consent Motion to Exclude Time under the Speedy Trial Act, and for the reasons stated therein, the Court finds that ends of justice outweigh the best interests of the public and the defendants in a speedy trial, and it is hereby,

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between October 6, 2017 and December 4, 2017, shall be excluded from the computation of time within which trial must commence in this matter pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

_____        _____
Date        George L. Russell, III
        United States District Court Judge