IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. GLR-17-0507 |
| MAXIMO GONDRES-MEDRANO | * | |

* * * * * * * * * * * * *

## MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE

The defendant, Maximo Gondres-Medrano, through counsel, Christopher C. Nieto, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress tangible and derivative evidence obtained from an unlawful search and seizure on September 8, 2017, and as grounds therefore states the following:

1. The defendant, Maximo Gondres-Medrano, is charged by indictment with Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1). Trial is scheduled to begin on October 7, 2019.

2. Pursuant to an immigration administrative arrest warrant, Mr. Gondres-Medrano was arrested in the 500 block of Whitelock Street, Baltimore City, Maryland on September 8, 2017. Moments prior to this arrest, federal agents observed Mr. Gondres-Medrano exit a house with a gray shoebox and place it in the trunk of a car. He then entered the car as a front-seat passenger, and the car drove away. Law enforcement stopped the vehicle and arrested Mr. Gondres-Medrano. Upon his arrest, law enforcement, without permission, accessed the trunk, opened this gray box and allegedly recovered a "brick" of heroin.

3. The stop and subsequent search of Mr. Gondres-Medrano's person and vehicle were unlawful, and any items seized or obtained as a result of the unlawful searches must be

suppressed. Specifically, federal agents lacked the requisite probable cause to believe that Mr. Gondres-Medrano was the individual for whom they had an immigration warrant. Additionally, they lacked probable cause to stop this vehicle and to search the trunk.

WHEREFORE, Mr. Gondres-Medrano respectfully moves this Honorable Court to suppress any tangible and derivative evidence unlawfully seized at the time of this arrest on September 8, 2017.

Respectfully submitted,

/S/
CHRISTOPHER C. NIETO
Nieto Law Office
1 North Charles Street, Suite 1301
Baltimore, Maryland 21201
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com

## **REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's Motion to Suppress Tangible and Derivative Evidence.

/S/
CHRISTOPHER C. NIETO
Attorney for Mr. Gondres-Medrano